AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**DOUGLAS D. SMALL,**

    **Petitioner,**

**v.**

                                 **JUDGMENT IN A CIVIL CASE**

**WARDEN, ROSS**                    **CASE NO. 2:12-CV-0958**
**CORRECTIONAL INSTITUTION,**   **JUDGE EDMUND A. SARGUS, JR.**
                                           **MAGISTRATE JUDGE MARK R. ABEL**

    **Respondent.**

    ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed August 19, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date:  August 19, 2013                          JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk